UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 17-cr-00124 |
|---|---|---|
| VERSUS | : | JUDGE WALTER |
| FRANK QUINTON GAITOR | : | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #33], and in the transcript previously filed herein, [Doc. #30] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #29], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **FRANK QUINTON GAITOR** on February 7, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Shreveport, Louisiana this  9th  day of ___February, 2018.

_____
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**