UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO. 17-0124-01

VERSUS                                      JUDGE DONALD E. WALTER

FRANK QUINTON GAITOR

**ORDER**

Before the Court is a motion to clarify restitution filed pro se by the defendant, Frank Quinton Gaitor ("Gaitor"). See Record Document 48. The Government has filed a response and Gaitor has filed a reply. See Record Documents 51 and 53.

In his reply brief, Gaitor essentially admits that he is challenging the amount of money being withheld by the Bureau of Prisons ("BOP") through its Financial Responsibility Program. Accordingly, he must first exhaust all of his administrative remedies under 28 U.S.C. § 2241. Additionally, a challenge to BOP administrative programs must be filed under this section and in the district of incarceration. See United States v. Diggs, 578 F.3d 318, 319 (5th Cir. 2009). Gaitor is currently incarcerated in Manchester, Kentucky. Therefore, this Court does not have jurisdiction over Gaitor's filing. Accordingly;

**IT IS ORDERED** that the motion to clarify is hereby **DISMISSED WITHOUT PREJUDICE** for want of subject matter jurisdiction.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 27th day of March, 2024.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE